Official Form 6F (10/06)

In re **Perma Coat of New England, Inc.**, Case No. **07-10922**
  Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Adam Paszak**<br>**32 State Street**<br>**Milton, MA 02186** | | - | small claims judgment | | | | 1,548.88 |
| Account No.<br><br>**Adamski, William**<br>**107 Micajah Pond Road**<br>**Plymouth, MA 02360** | | - | Potential customer warranty claim | X | X | X | 1.00 |
| Account No.<br><br>**Bateman, Joseph**<br>**17 Meadowview Road**<br>**Topsfield, MA 01983** | | - | Potential customer warranty claim | X | X | X | 1.00 |
| Account No.<br><br>**Belanger, Leopold**<br>**48 Crescent Street**<br>**Franklin, MA 02038** | | - | Potential customer warranty claim | X | X | X | 1.00 |

__5__ continuation sheets attached

Subtotal (Total of this page)    **1,551.88**

Official Form 6F (10/06) - Cont.

In re **Perma Coat of New England, Inc.**, Case No. **07-10922**
Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>CHIC of America Dealers, Inc.<br>7450 Lowland Drive - Unit 109<br>Burnaby, BC, Canada<br>V5J 5H8 | | - | Subject to, inter alia, claim for defective product and failure to honor warranty | X | X | X | 68,874.24 |
| Account No.<br>Connolly, Richard<br>40 Evelyn Road<br>Stow, MA 01775 | | - | Potential cusomter warranty claim | X | X | X | 1.00 |
| Account No.<br>Currie, Randy<br>111 Georgetown Road<br>West Newbury, MA 01985 | | - | Potential customer warranty claim | X | X | X | 1.00 |
| Account No.<br>Descheneaux, Ray<br>97 North Shore Blvd.<br>East Sandwich, MA 02537 | | - | Potential customer warranty claim | X | X | X | 1.00 |
| Account No.<br>Dfoley, Kevin<br>2 Homewood Road<br>West Roxbury, MA 02132 | | - | Potential customer warranty claim | X | X | X | 1.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **68,878.24**

Official Form 6F (10/06) - Cont.

In re **Perma Coat of New England, Inc.**, Case No. **07-10922**
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Emanuel Torti**<br>**Torti-Flanagan**<br>**60 State Street**<br>**Boston, MA 02210** | | - | | | | | 2,900.00 |
| Account No.<br>**Emanuel Torti**<br>**Torti Flanagan**<br>**146 Main Street**<br>**Norfolk, MA 02056** | | - | **For notice purposes** | | | | 0.00 |
| Account No.<br>**Flowers, Robert**<br>**120 Holly Road**<br>**Marshfield, MA 02050** | | - | **Potential customer warranty claim** | X | X | X | 1.00 |
| Account No.<br>**Fusaro, Fran**<br>**41 Oak Grove Avenue**<br>**East Falmouth, MA 02536** | | - | **Potential customer warranty claim** | X | X | X | 1.00 |
| Account No.<br>**Harlow, Courtland**<br>**31 Howland Avenue**<br>**Kingston, MA 02364** | | - | **Potential customer warranty claim** | X | X | X | 1.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,903.00**

Official Form 6F (10/06) - Cont.

In re **Perma Coat of New England, Inc.**, Case No. **07-10922**
_____Debtor_____

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Ivil, Heather**<br>**68 Arlington Street**<br>**Rockland, MA 02370** | | - | **Potential customer warranty claim** | X | X | X | 1.00 |
| Account No.<br>**Maloney, Robert**<br>**14 Yacket Club Road**<br>**East Falmouth, MA 02536** | | - | **Potential customer warranty claim** | X | X | X | 1.00 |
| Account No.<br>**Phelps, Richard**<br>**224 Myrtle Street**<br>**Rockland, MA 02370** | | - | **Potential customer warranty claim** | X | X | X | 1.00 |
| Account No.<br>**Pithie & Associates**<br>**128 Pleasant Street**<br>**South Weymouth, MA 02190** | | - | | | | | 10,398.80 |
| Account No.<br>**Quantum of Cape Cod**<br>**154 Barnstable Road**<br>**Hyannis, MA 02601** | | - | | | | | 8,650.00 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **19,051.80**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Perma Coat of New England, Inc.**, Case No. **07-10922**
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Richardson, Keith**<br>**28 Sakonnet Point Road**<br>**Little Compton, RI 02837** | | - | **Potential customer warranty claim** | X | X | X | **1.00** |
| Account No.<br>**Tools for Hire**<br>**2 H Street**<br>**Boston, MA 02127** | | - | | | | | **14,494.00** |
| Account No.<br>**Walsh, Thomas**<br>**160 Hobart Avenue**<br>**Braintree, MA 02184** | | - | **Potential customer warranty claim** | X | X | X | **1.00** |
| Account No.<br>**Watson St. Trust**<br>**9 Watson Street**<br>**Marblehead, MA 01945** | | - | **Potential customer warranty claim** | X | X | X | **1.00** |
| Account No.<br>**William Schlief**<br>**c/o Gerard F. Mackin, Jr., Esq.**<br>**884 Washington Street, Ste. 2**<br>**East Weymouth, MA 02189** | | - | | X | X | X | **8,806.30** |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **23,303.30**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Perma Coat of New England, Inc.**, Case No. **07-10922**
Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**WPLM - FM**<br>**17 Columbus Road**<br>**Plymouth, MA 02360** | - | | | | | | 5,580.00 |
| Account No.<br>**WROR - 105.7**<br>**55 Morrissey Blvd.**<br>**Boston, MA 02125** | - | | | | | | 20,356.00 |
| Account No.<br>**Yellow Book USA**<br>**P.O. Box 580**<br>**Newark, NJ 07101** | - | | | | | | 2,160.09 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,096.09**

Total (Report on Summary of Schedules) **143,784.31**

```
ADAM PASZAK
32 STATE STREET
MILTON, MA 02186


ADAMSKI, WILLIAM
107 MICAJAH POND ROAD
PLYMOUTH, MA 02360


BATEMAN, JOSEPH
17 MEADOWVIEW ROAD
TOPSFIELD, MA 01983


BELANGER, LEOPOLD
48 CRESCENT STREET
FRANKLIN, MA 02038


CHIC OF AMERICA DEALERS, INC.
7450 LOWLAND DRIVE - UNIT 109
BURNABY, BC, CANADA
V5J 5H8


CONNOLLY, RICHARD
40 EVELYN ROAD
STOW, MA 01775


CURRIE, RANDY
111 GEORGETOWN ROAD
WEST NEWBURY, MA 01985


DESCHENEAUX, RAY
97 NORTH SHORE BLVD.
EAST SANDWICH, MA 02537


DFOLEY, KEVIN
2 HOMEWOOD ROAD
WEST ROXBURY, MA 02132


EMANUEL TORTI
TORTI-FLANAGAN
60 STATE STREET
BOSTON, MA 02210
```

```
EMANUEL TORTI
TORTI FLANAGAN
146 MAIN STREET
NORFOLK, MA 02056


FLOWERS, ROBERT
120 HOLLY ROAD
MARSHFIELD, MA 02050


FUSARO, FRAN
41 OAK GROVE AVENUE
EAST FALMOUTH, MA 02536


HARLOW, COURTLAND
31 HOWLAND AVENUE
KINGSTON, MA 02364


IVIL, HEATHER
68 ARLINGTON STREET
ROCKLAND, MA 02370


MALONEY, ROBERT
14 YACKET CLUB ROAD
EAST FALMOUTH, MA 02536


PHELPS, RICHARD
224 MYRTLE STREET
ROCKLAND, MA 02370


PITHIE & ASSOCIATES
128 PLEASANT STREET
SOUTH WEYMOUTH, MA 02190


QUANTUM OF CAPE COD
154 BARNSTABLE ROAD
HYANNIS, MA 02601


RICHARDSON, KEITH
28 SAKONNET POINT ROAD
LITTLE COMPTON, RI 02837


TOOLS FOR HIRE
2 H STREET
BOSTON, MA 02127
```

```
WALSH, THOMAS
160 HOBART AVENUE
BRAINTREE, MA 02184


WATSON ST. TRUST
9 WATSON STREET
MARBLEHEAD, MA 01945


WILLIAM SCHLIEF
C/O GERARD F. MACKIN, JR., ESQ.
884 WASHINGTON STREET, STE. 2
EAST WEYMOUTH, MA 02189


WPLM - FM
17 COLUMBUS ROAD
PLYMOUTH, MA 02360


WROR - 105.7
55 MORRISSEY BLVD.
BOSTON, MA 02125


YELLOW BOOK USA
P.O. BOX 580
NEWARK, NJ 07101
```