## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>PERMA COAT OF NEW ENGLAND, INC.,<br><br>Debtor. | Chapter 7<br>Case No. 07-10922-JNF |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM 8
(Re: Coleen M. McCarty)

Upon the Objection to Claim 8 (the "Objection") dated July 16, 2009 filed by Donald R. Lassman, Chapter 7 trustee (the "Trustee"); notice having been sufficient, no objections having been filed, or any such objections having been overruled or withdrawn as appropriate, it is hereby ORDERED that Claim 8 is disallowed in its entirety. *The hearing scheduled for September 16, 2009 is canceled.*

Dated: Sept 4, 2009

_____
Honorable Joan N. Feeney
United States Bankruptcy Judge

{Practice Area\CORP\19961\00007\A4073192.DOC}